CM/ECF volpmd
(Rev. 01/03/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re:  Timothy Ray Robinson<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 18−12317−JDW<br>Chapter: 13<br>Judge: Jason D. Woodard |

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Cert of Credit Counseling due 06/28/2018

If the required paperwork and/or fees are not timely filed and/or paid by 6/28/18 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 6/15/18

Jason D. Woodard
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court
Northern District of Mississippi

In re:                                                              Case No. 18-12317-JDW
Timothy Ray Robinson                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0537-1        User: birks              Page 1 of 1           Date Rcvd: Jun 15, 2018
                            Form ID: ntcdef          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
db          +Timothy Ray Robinson,   8734 Lezlarken Lane,   Olive Branch, MS 38654-5021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
    Jamaal M Walker    on behalf of Debtor Timothy Ray Robinson jamaalmwalker@yahoo.com, m.jr75958@notify.bestcase.com
    Locke D. Barkley     sbeasley@barkley13.com
    U. S. Trustee    USTPRegion05.AB.ECF@usdoj.gov
                                                                      TOTAL: 3