_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Timothy Ray Robinson**                         **Case No. 18-12317**

**Debtor.**                                       **Chapter 13**

### ORDER GRANTING MOTION TO WITHDRAW
### OBJECTION TO PROOF OF CLAIM

The Debtor has moved to withdraw the Objection to the Proof of Claim filed by United

Consumer Financial Services.

After notice and opportunity for hearing, agreement by the parties, and for good cause

shown, the Debtor's motion is GRANTED.

IT IS HEREBY ORDRED that the prior Objection to Proof of Claim is withdrawn, the

claim is valid, and the Chapter 13 trustee shall proceed with further administration of this claim.

**###END OF ORDER###**